IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WADE A. MCINTOSH,
    Plaintiff,

vs.                                        Case No.:  1:05cv170/MMP/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

        This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability and supplemental security income benefits (Doc. 1).  Pending is Defendant's Motion to Reverse and Remand pursuant to sentence four of Title 42 U.S.C. § 405(g), in which Defendant requests that a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure be entered (Doc. 18).  Defendant has certified that Plaintiff has no objection to this motion (*id.*).

        Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g).  The Commissioner states that remand is appropriate for an Administrative Law Judge ("ALJ") to perform a proper drug abuse and alcoholism analysis, proceed through the sequential evaluation process, and consider all of Plaintiff's limitations, including those caused by substance abuse (Doc. 18, Memorandum in Support).  If Plaintiff is found to be disabled, the ALJ will then exclude any limitations caused by substance abuse, to determine whether substance abuse is a material factor contributing to the determination of disability (*id.*).

Based upon the foregoing, this court concludes that good cause has been shown for remand.

Accordingly, it is respectfully **RECOMMENDED**:

1. That Defendant's Motion to Reverse and Remand (Doc. 18) be **GRANTED** and the Commissioner's decision denying benefits be **REVERSED**.

2. That this case be **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

3. That a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure be entered.

4. That Defendant be ordered to conduct proceedings upon remand in accordance with this Report and Recommendation.

At Pensacola, Florida, this 20th day of January 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**

Case No.: 1:05cv170/MMP/EMT