IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


WADE A. MCINTOSH,

     Plaintiff,

v.                                         CASE NO. 1:05-cv-00170-MP-EMT

JO ANNE B BARNHART,

     Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Report and Recommendations of the

Magistrate Judge, recommending that defendant's  motion to reverse and remand (doc.18) be

granted, that the Commissioner's decision denying benefits be reversed, that this case be

remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) and that final

judgment pursuant to Fed. R. Civ. P. 58 be entered.  Objections to Report and Recommendation

were due by 2/17/2006, none were filed.  Having reviewed the Report and Recommendation, the

Court finds that remand is appropriate.  Accordingly it is hereby,

     **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The motion to remand is granted, the decision of the Administrative Law Judge is reversed and this matter remanded to the Commissioner for further decision.

3.     The Clerk should enter a judgment in favor of Mr. McIntosh, remand the case to the Commissioner, and close this case.

     **DONE AND ORDERED** this  *21st*  day of April, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge